# SHAPIRO LAW OFFICES, PLLC

3205 GRAND CONCOURSE, SUITE 1
BRONX, NEW YORK 10468
(718) 295-7000
FAX: (718) 295-7575
WWW.SHAPIROLAWOFFICES.COM

**MEMO ENDORSED**

**VIA ECF ONLY**  March 1, 2022

Honorable Judge Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> The application is granted. The Clerk of Court is respectfully requested to terminate defendants Steven A. Cohen and Alexandra Cohen. The case management conference is rescheduled for July 20, 2022 at 3:30 pm. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: March 2, 2022
> New York, New York

Re: *Markwell Wilson v. Auto Acquisition Company, et. al.*
1:20 cv 10837 [ER]

Dear Honorable Judge Ramos:

The purpose of this letter is twofold.

First, pursuant to FRCP Rule 21, plaintiff seeks to discontinue the claims brought against defendants Steven A. Cohen and Alexandra Cohen, only. The action will continue as to defendants Auto Acquisition Company and Sophia Cohen. I have conferred with defense counsel, Gregory Walthall, Esq., and he has no objection to this relief.

Second, the parties seek an extension of time in which to complete discovery. This is the first such request. Respectfully, the parties seek an additional 90 days to complete discovery. Pursuant to Your Honor's part rules, a proposed Revised Case Discovery Plan/Scheduling Order is attached hereto.

Plaintiff has provided a response to defendants' First Request For Documents, Demand for Production of Documents, First Set of Interrogatories, and served Initial Disclosure. Defendants will respond to plaintiff's Notice For Discovery and Inspection and First Interrogatories in the near future. Party depositions will also be completed in the near future.

Thank you for your consideration in this regard.

Very truly yours,

Ernest S. Buonocore
Shapiro Law Offices, PLLC
Attorneys for Plaintiff
3205 Grand Concourse
Bronx, New York 10468

VIA ECF ONLY
Gregory Walthall, Esq.
Varvaro, Cotter & Bender
1133 Westchester Avenue, Suite S-325
White Plains, NY 10604

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

Rev. June. 2013

------------------------------------------------------------X

*Markwell Wilson,*

                             Plaintiff(s),

- against -

*Auto Acquisition Company*  
*Sophia Cohen*        Defendant(s).  
*Steven A. Cohen and Alexandra Cohen*

------------------------------------------------------------X

**Revised CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

1:20 CV 10837 (ER)

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent] [**do not consent**] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [**is**] [is not] to be tried to a jury.

3. Joinder of additional parties must be accomplished by 6/1/22.

4. Amended pleadings may be filed until 6/1/22.

5. Interrogatories shall be served no later than 3/31/22, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [**shall**] [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than 3/31/22.

7. Non-expert depositions shall be completed by 6/1/22.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders,

non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than ___6/1/22___.

9. Requests to Admit, if any, shall be served no later than ___6/1/22___.

10. Expert reports shall be served no later than ___6/10/22___.

11. Rebuttal expert reports shall be served no later than ___6/24/22___.

12. Expert depositions shall be completed by ___7/15/22___.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** ___7/15/22___.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. _____.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for _____, at _____. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: New York, New York

_____

Edgardo Ramos, U.S. District Judge